**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KATHY CRAWFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:03CV134 CDP** |
| | ) | |
| **AQUARIUM PHARMACEUTICALS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** plaintiff and hereby notifies the Court that the above-referenced matter has been settled and will not be going to trial on March 1, 2004.  Formal settlement documents will be filed in a timely manner.

**CARSON & COIL, P.C.**

 /s/ Mark A. Ludwig
Mark A. Ludwig    #31733
515 East High, P.O. Box 28
Jefferson City, MO 65102
573-636-2177
573-636-7119 (fax)

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF MAILING

I hereby certify that on February 20, 2004, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Matthew Reh
Suite 2600
One Metropolitan Square
St. Louis, MO 63102-2740

 /s/ Mark A. Ludwig
Mark A. Ludwig